# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA TORAN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:16-cv-00036-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 2) |

Plaintiff Sylvia Toran filed a complaint on January 12, 2016, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

2.  The Clerk of Court is DIRECTED to issue a summons; and

3.  The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:   __January 13, 2016__          _____
                                        UNITED STATES MAGISTRATE JUDGE

1