UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA TORAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:16-cv-00036-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 12) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before October 11, 2016;

2. Defendant shall file an opposition to Plaintiff's opening brief on or before November 14, 2016; and

3. Plaintiff's reply, if any, shall be filed on or before December 2, 2016.

IT IS SO ORDERED.

Dated: **September 8, 2016**

UNITED STATES MAGISTRATE JUDGE